IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: | CASE NO: 10-54896 |
| Alisa Renee James | Chapter 7 |
| Debtor(s). | Judge Marilyn Shea-Stonum |
| | ADVERSARY NO: 11-05039 |
| Eagle Loan Company of Ohio, Inc. | ANSWER |
| Plaintiff | |
| v. | |
| Alisa Renee James | |
| Defendant. | |

Now comes the defendant, by and through the undersigned counsel, as and for her answer to the complaint filed herein, states the following:

1. The defendant admits those allegations made by the plaintiff in those paragraphs of its complaint designated as numbers one (1) through five (5), inclusive.

2. The defendant admits the allegation set forth in paragraph six (6) of the complaint wherein the plaintiff alleges that the defendant received funds from the plaintiff on October 1, 2010 but the defendant avers that $745.66 of these funds were advanced by the plaintiff to pay off an existing loan that the defendant owed to the plaintiff that the defendant incurred on April 10, 2009. The defendant denies the rest of the allegations made by the plaintiff in this paragraph six (6) of the complaint.

3. The defendant denies each and every other allegation made by the plaintiff in its complaint not specifically admitted herein.

WHEREFORE, the defendant prays that the complaint be dismissed at plaintiff's costs and that the defendant be granted such other and further relief as may be equitable and just.

/s/ Robert M. Whittington, Jr. 0007851
Attorney for the Defendant Alisa Renee James
159 S. Main St., Suite 1023
Akron, OH 44308
330 384 8484
fax 330 384 8953
elkwhitt@neo.rr.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing answer was sent by ordinary U.S. Mail, postage prepaid, this 4th day of March, 2011 to:

Robert A. Whitehouse, II
4030 Mt. Carmel Tobasco Rd. #220
Cincinnati, OH 45255

Harold A .Corzin, trustee
304 N. Cleveland-Massillon Rd.
Akron, OH 44333

/s/ Robert M. Whittington, Jr.